No. 82–963. MASSACHUSETTS v. SHEPPARD. Sup. Jud. Ct. Mass. [Certiorari granted, 463 U. S. 1205.] Motion of Florida

for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.